**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1818**

———————

TED A. MCCRACKEN,

                                        Plaintiff - Appellant,

        versus

DANIEL PATRICK FASS,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (CA-05-298-5-BO)

———————

Submitted: December 15, 2005        Decided: December 20, 2005

———————

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ted A. McCracken, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ted A. McCracken appeals the district court's dismissal of his civil action alleging defamation, retaliation, malicious prosecution, and intentional infliction of emotional distress and imposition of a pre-filing injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>McCracken v. Fass</u>, No. 05-298-5-BO (E.D.N.C. June 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>